**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| INNOVATIVE AUTOMATION LLC, | |
| Plaintiff, | |
| v. | Case No. 2:13-cv-1103 |
| KOBO, INC., | JURY TRIAL DEMANDED |
| Defendant. | |

## PLAINTIFF'S JURY DEMAND

Pursuant to General Order 13-5, and the amendments to Local Rule CV-38(a), and as previously demanded in its Complaint (dkt # 1), Plaintiff Innovative Automation, LLC respectfully demand a trial by jury on all issues so triable.

Dated: December 13, 2013.

Respectfully submitted,

*/s/ Charles Ainsworth*

_____

Adam J. Gutride, Esq.
Seth A. Safier, Esq.
Todd Kennedy, Esq.
Anthony J. Patek, Esq.
Marie A. McCrary, Esq.
835 Douglass Street
San Francisco, California 94114
Telephone: (415) 789-6390
Facsimile: (415) 449-6469
adam@gutridesafier.com
seth@gutridesafier.com
todd@gutridesafier.com
anthony@gutridesafier.com
marie@gutridesafier.com

Charles Ainsworth
Parker Bunt & Ainsworth
100 E. Ferguson, Suite 1114

Tyler, Texas 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687
charley@pbatyler.com

Attorneys for Plaintiff Innovative
Automation LLC

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served December 13, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Charles Ainsworth*
CHARLES AINSWORTH