**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| INNOVATIVE AUTOMATION LLC,<br><br>    Plaintiff,<br> v.<br><br>KOBO, INC.,<br><br>    Defendant. | Case No. 2:13-cv-1103<br><br>JURY TRIAL DEMANDED |

### NOTICE OF APPEARANCE

  Notice is hereby given that attorney Robert Christopher Bunt enters his appearance in this matter as additional counsel for Plaintiff Innovative Automation, LLC, for the purpose of receiving notices from the Court.

Dated: December 16, 2013.    Respectfully submitted,

                */s/ Robert Christopher Bunt*
                Robert Christopher Bunt
                State Bar No. 00787165
                Charles Ainsworth
                State Bar No.  00783521
                PARKER BUNT & AINSWORTH , P.C.
                100 E. Ferguson, Suite 1114
                Tyler, Texas 75702
                Telephone: (903) 531-3535
                Facsimile: (903) 533-9687
                rcbunt@pbatyler.com
                charley@pbatyler.com

                Adam J. Gutride, Esq.
                Seth A. Safier, Esq.
                Todd Kennedy, Esq.
                Anthony J. Patek, Esq.
                Marie A. McCrary, Esq.
                835 Douglass Street
                San Francisco, California 94114

Telephone: (415) 789-6390
Facsimile: (415) 449-6469
adam@gutridesafier.com
seth@gutridesafier.com
todd@gutridesafier.com
anthony@gutridesafier.com
marie@gutridesafier.com

Attorneys for Plaintiff
Innovative Automation LLC

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served this December 16, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Robert Christopher Bunt*
Robert Christopher Bunt