# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| INNOVATIVE AUTOMATION LLC,<br><br>        Plaintiff,<br>  v.<br><br>KOBO, INC.,<br><br>        Defendant. | Case No. 2:13-cv-1103<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given that attorney Marie A. McCrary enters his appearance in the above case as additional counsel for Plaintiff Innovative Automation LLC for the purpose of receiving notices from the Court.

Dated: December 18, 2013.   Respectfully submitted,

        */s/ Marie A. McCrary*
        Adam J. Gutride, Esq.
        Seth A. Safier, Esq.
        Todd Kennedy, Esq.
        Anthony J. Patek, Esq.
        Marie A. McCrary, Esq.
        835 Douglass Street
        San Francisco, California 94114
        Telephone: (415) 789-6390
        Facsimile: (415) 449-6469
        adam@gutridesafier.com
        seth@gutridesafier.com
        todd@gutridesafier.com
        anthony@gutridesafier.com
        marie@gutridesafier.com

        Robert Christopher Bunt
        State Bar No. 00787165
        Charles Ainsworth
        State Bar No.  00783521
        PARKER BUNT & AINSWORTH , P.C.
        100 E. Ferguson, Suite 1114

        Tyler, Texas 75702
        Telephone: (903) 531-3535
        Facsimile: (903) 533-9687
        rcbunt@pbatyler.com
        charley@pbatyler.com

        Attorneys for Plaintiff
        Innovative Automation LLC

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served this December 18, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

        */s/ Marie A. McCrary*
        Marie A. McCrary