**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| INNOVATIVE AUTOMATION LLC,<br><br>　　　　　Plaintiff,<br>　v.<br><br>KOBO, INC.,<br><br>　　　　　Defendant. | Case No. 2:13-cv-1103<br><br>JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE**

　　　Notice is hereby given that attorney Seth A. Safier enters his appearance in this matter as counsel for Plaintiff Innovative Automation LLC, for the purpose of receiving notices from the Court.

Dated:  December 18, 2013.　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Seth A. Safier
　　　　　　　　　　　　　　　　　　　　Seth A. Safier, Esq.
　　　　　　　　　　　　　　　　　　　　Adam J. Gutride, Esq.
　　　　　　　　　　　　　　　　　　　　Todd Kennedy, Esq.
　　　　　　　　　　　　　　　　　　　　Anthony J. Patek, Esq.
　　　　　　　　　　　　　　　　　　　　GUTRIDGE SAFIER, LLP
　　　　　　　　　　　　　　　　　　　　835 Douglass Street
　　　　　　　　　　　　　　　　　　　　San Francisco, California 94114
　　　　　　　　　　　　　　　　　　　　Telephone: (415) 789-6390
　　　　　　　　　　　　　　　　　　　　Facsimile: (415) 449-6469
　　　　　　　　　　　　　　　　　　　　Email: adam@gutridesafier.com
　　　　　　　　　　　　　　　　　　　　Email: seth@gutridesafier.com

　　　　　　　　　　　　　　　　　　　　Robert Christopher Bunt
　　　　　　　　　　　　　　　　　　　　State Bar No. 00787165
　　　　　　　　　　　　　　　　　　　　Charles Ainsworth
　　　　　　　　　　　　　　　　　　　　State Bar No.  00783521
　　　　　　　　　　　　　　　　　　　　PARKER, BUNT & AINSWORTH, P.C.
　　　　　　　　　　　　　　　　　　　　100 E. Ferguson, Suite 1114
　　　　　　　　　　　　　　　　　　　　Tyler, TX 75702
　　　　　　　　　　　　　　　　　　　　903/531-3535
　　　　　　　　　　　　　　　　　　　　903/533-9687

E-mail: rcbunt@pbatyler.com
E-mail: charley@pbatyler.com

**ATTORNEYS FOR PLAINTIFF
INNOVATIVE AUTOMATION, LLC**

### **CERTIFICATE OF SERVICE**

I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served December 18, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Seth A. Safier*
SETH A. SAFIER