**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| INNOVATIVE AUTOMATION LLC,<br><br>                Plaintiff,<br>   v.<br><br>KOBO, INC.,<br><br>                Defendant. | Case No. 2:13-cv-1103<br><br>JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE**

Notice is hereby given that attorney Anthony J. Patek enters his appearance in the above case as additional counsel for Plaintiff Innovative Automation LLC for the purpose of receiving notices from the Court.

Dated: December 18, 2013.                    Respectfully submitted,

                                                            */s/ Anthony J. Patek*
Adam J. Gutride, Esq.
Seth A. Safier, Esq.
Todd Kennedy, Esq.
Anthony J. Patek, Esq.
Marie A. McCrary, Esq.
835 Douglass Street
San Francisco, California 94114
Telephone: (415) 789-6390
Facsimile: (415) 449-6469
adam@gutridesafier.com
seth@gutridesafier.com
todd@gutridesafier.com
anthony@gutridesafier.com
marie@gutridesafier.com

Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No.  00783521
PARKER BUNT & AINSWORTH , P.C.

100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687
rcbunt@pbatyler.com
charley@pbatyler.com

Attorneys for Plaintiff
Innovative Automation LLC

## CERTIFICATE OF SERVICE

    I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served this December 18, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

    */s/ Anthony J. Patek*
    Anthony J. Patek