IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INNOVATIVE AUTOMATION LLC,<br><br>    Plaintiff,<br> v.<br><br>KOBO, INC.,<br><br>    Defendant. | Case No. 2:13-cv-1103<br><br>JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE**

  Notice is hereby given that attorney Todd Kennedy enters his appearance in this matter as lead Counsel for Plaintiff Innovative Automation, LLC.

Date:  December 18, 2013.    Respectfully submitted,

                 */s/ Todd Kennedy*
                 Adam J. Gutride, Esq.
                 Seth A. Safier, Esq.
                 Todd Kennedy, Esq.
                 Anthony J. Patek, Esq.
                 Marie A. McCrary, Esq.
                 835 Douglass Street
                 San Francisco, California 94114
                 Telephone: (415) 789-6390
                 Facsimile: (415) 449-6469
                 adam@gutridesafier.com
                 seth@gutridesafier.com
                 todd@gutridesafier.com
                 anthony@gutridesafier.com
                 marie@gutridesafier.com

                 Robert Christopher Bunt
                 State Bar No. 00787165
                 Charles Ainsworth
                 State Bar No.  00783521
                 PARKER BUNT & AINSWORTH , P.C.
                 100 E. Ferguson, Suite 1114
                 Tyler, Texas 75702

                              Telephone: (903) 531-3535
                              Facsimile: (903) 533-9687
                              rcbunt@pbatyler.com
                              charley@pbatyler.com

                              ATTORNEYS FOR PLAINTIFF
                              INNOVATIVE AUTOMATION, LLC

## **CERTIFICATE OF SERVICE**

     I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served December 18, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                              */s/ Todd Kennedy*
                              TODD KENNEDY