**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| INNOVATIVE AUTOMATION LLC, | § | |
| | § | |
|     Plaintiff, | § | |
| | § | **Civil Action No. 2:13-cv-1103** |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| KOBO, INC., | § | |
| | § | |
|     Defendant. | § | |

## NOTICE OF ATTORNEY APPEARANCE

The undersigned attorney hereby enters an appearance as counsel of record for Defendant Kobo Inc., and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Kobo Inc.

Dated: December 26, 2013

Respectfully submitted,

KOBO INC.

/s/ *R. David Donoghue*
R. David Donoghue (*Admitted to Practice*)
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th floor
Chicago, IL 60603
Tel: (312) 263-3600
Fax: (312) 578-6666
David.Donoghue@hklaw.com

*Attorneys for Defendant*
*Kobo Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2013 I filed the above paper entitled

**NOTICE OF APPEARANCE FOR R. DAVID DONOGHUE** with the Clerk of Court using

the CM/ECF system which will send notification of such filing via electronic mail to all counsel

of record.

_____

R. David Donoghue