UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:13-cv-1103

Name of party requesting extension: Kobo Inc.

Is this the first application for extension of time in this case?   ☑ Yes
   ☐ No

If no, please indicate which application this represents:   ☐ Second
   ☐ Third
   ☐ Other _____

Date of Service of Summons: 12/24/2013

Number of days requested:   ☐ 30 days
   ☐ 15 days
   ☑ Other  14  days

New Deadline Date: 01/28/2014   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: R. David Donoghue
State Bar No.: 6273840 (State of Illinois)
Firm Name: Holland & Knight LLP
Address: 131 South Dearborn Street, 30th Floor
    Chicago, IL
    60603
Phone: 312-578-6553
Fax:   312-578-6666
Email: david.donoghue@hklaw.com

A certificate of conference does not need to be filed with this unopposed application.