AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Innovative Automation, LLC | ) |
| | ) |
| Plaintiff(s) | ) |
| v. | ) Civil Action No. 2:13-cv-1103 |
| Kobo, Inc. | ) |
| | ) |
| Defendant(s) | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kobo, Inc., with its principal of business at 135 Liberty Street, Suite 101, Toronto, ON M6K 1A7.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Charles Ainsworth
Parker, Bunt & Ainsworth PC
100 E. Ferguson, Suite 1114
Tyler, Texas 75702

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/18/13

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:13-cv-1103

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* KOBO, INC.
was received by me on *(date)* December 20, 2013

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lindsay Baker, Manager, Total Rewards who is
designated by law to accept service of process on behalf of *(name of organization)* Kobo, Inc. at
135 Liberty Street, #101, Toronto, Ontario on *(date)* December 24, 2013 ;

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: Dec 31/13

*Server's signature*

Eric Kovacs, a Commissioner, etc.,
Province of Ontario, for Kent Process
Servers Inc., and for Process Serving
and Residential Tenancies Act, 2006
matters only. Expires February 23, 2015.

ANJA TODD
*Printed name and title*

365 EVANS AVENUE, SUITE 604, TORONTO, ON
*Server's address*
M8Z 1K2

Additional information regarding attempted service, etc: