**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| INNOVATIVE AUTOMATION LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:13-cv-1103 |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| KOBO INC. | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT KOBO INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Kobo Inc. states that the parent company of Kobo, Inc. is Rakuten, Inc, and that no publicly held entity owns 10% or more of stock in either Kobo Inc. or Rakuten, Inc.

Dated: January 28, 2014

Respectfully submitted,

KOBO INC.

/s/ *R. David Donoghue*
R. David Donoghue
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th floor
Chicago, IL 60603
Tel: (312) 263-3600
Fax: (312)578-6666
david.donoghue@hklaw.com

*Attorney for Defendant, Kobo Inc.*

#27417170_v1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 28th day of January, 2014.  Any other counsel of record will be served by facsimile transmission or first-class mail on this same date.

/s/ *R. David Donoghue*