# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

INNOVATIVE AUTOMATION LLC,

    Plaintiff,

v.

KOBO, INC.,

    Defendant.

Case No. 2:13-cv-1103

JURY TRIAL DEMANDED

## INNOVATIVE AUTOMATION'S ANSWER TO KOBO'S COUNTERCLAIMS

Plaintiff Innovative Automation LLC answers the Counterclaims of Kobo, Inc. as follows:

### PARTIES

1. Admitted.
2. Admitted.

### JURISDICTION AND VENUE

3. Admitted for purposes of this action only.
4. Admitted for purposes of this action only.
5. Admitted for purposes of this action only.

### INNOVATIVE AUTOMATION'S ANSWER TO KOBO'S COUNT ONE

6. No response necessary.
7. Admitted.
8. Denied.
9. Admitted.
10. Denied.

### INNOVATIVE AUTOMATION'S ANSWER TO KOBO'S COUNT TWO

11. No response necessary.

12. Admitted.

13. Admitted.

14. Denied.

15. Denied.

**INNOVATIVE AUTOMATION'S ANSWER TO KOBO'S COUNT THREE**

16. No response necessary.

17. Denied.

**INNOVATIVE AUTOMATION'S ANSWER TO KOBO'S PRAYER FOR JUDGMENT**

Innovative Automation denies that Kobo is entitled to any relief whatsoever, including without limitation, the relief requested in paragraphs A-E of Kobo's Prayer for Judgment.

**INNOVATIVE AUTOMATION'S PRAYER FOR RELIEF**

Innovative Automation prays for judgment that:

A. Kobo's Counterclaims be dismissed with prejudice;

B. Kobo takes nothing by reason of its Counterclaims;

C. Innovative Automation be awarded its costs and expenses;

D. This be adjudged an exceptional case and that Innovative Automation be awarded its attorneys' fees in this action pursuant to 35 U.S.C. § 285; and

E. Innovative Automation be awarded such other further relief as the Court may deem appropriate.

Dated: February 18, 2014                    Respectfully submitted,

/s/ Marie A. McCrary            /
Adam J. Gutride, Esq.
Seth A. Safier, Esq.
Todd Kennedy, Esq.
Anthony J. Patek, Esq.
Marie A. McCrary, Esq.
835 Douglass Street
San Francisco, California 94114
Telephone: (415) 789-6390

Facsimile: (415) 449-6469
adam@gutridesafier.com
seth@gutridesafier.com
todd@gutridesafier.com
anthony@gutridesafier.com
marie@gutridesafier.com

Charles Ainsworth
Parker Bunt & Ainsworth
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687
charley@pbatyler.com

Attorneys for Plaintiff Innovative Automation LLC