IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| INNOVATIVE AUTOMATION LLC,<br><br>    Plaintiff,<br><br>v.<br><br>KOBO, INC.,<br><br>    Defendant. | Case No. 2:13-cv-01103-JRG-RSP<br><br>JURY TRIAL DEMANDED |
| INNOVATIVE AUTOMATION LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VERIZON AND REDBOX DIGITAL ENTERTAINMENT SERVICES, LLC, ET AL.,<br><br>    Defendants. | Case No. 2:13-cv-01104-JRG-RSP<br><br>JURY TRIAL DEMANDED |
| INNOVATIVE AUTOMATION LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No. 2:13-cv-01108-JRG<br><br>JURY TRIAL DEMANDED |
| INNOVATIVE AUTOMATION LLC,<br><br>    Plaintiff,<br><br>V.<br><br>VUDU, INC., ET AL.,<br><br>    Defendant. | Case No. 2:13-cv-01109-JRG<br><br>JURY TRIAL DEMANDED |

## NOTICE OF READINESS FOR SCHEDULING CONFERENCE

All the defendants in the above-captioned cases, except for Case No. 2:13-cv-01109-JRG, have answered the complaints. Instead of answering the complaint, the defendants in Case No. 2:13-cv-01109-JRG, Vudu, Inc. and Walmart Stores Inc., filed a motion to dismiss pursuant to Fed. R. Civ. Pro. 12(b)(6). This motion to dismiss is the only pending motion in the above-captioned cases.

The above-captioned cases are related to the following cases currently pending in the Eastern District of Texas:

- *Innovative Automation LLC v. Amazon.com, Inc., Audible, Inc., and On-Demand Publishing LLC d/b/a Createspace*, Case No. 6:12-cv-00881-LED-JDL;
- *Innovative Automation LLC v. Books-a-Million, Inc.*, Case No. 6:13-cv-00460-LED-KNM; and
- *Innovative Automation LLC v. Sony Corporation of America, et al.*, Case No. 6:13-cv-00466-LED-JDL.

The parties in the *Amazon.com* and *Sony Corporation* cases have entered into respective settlement agreements. The above-captioned cases and these currently pending cases all involve U.S. Patent Nos. 7,174,362 C1. Pursuant to the Docket Order entered in the *Books-a-Million* case, the *Markman* hearing in that action is scheduled for July 10, 2014 and trial is scheduled for March 14, 2016.

The above-captioned cases are also related to the following closed and/or dismissed cases, which were previously filed in the Eastern District of Texas:

- *Innovative Automation v. Memorial Hermann Healthcare System et al.*, Case No. 6:11-cv-00445-LED-JDL;
- *Innovative Automation LLC v. Audio and Video Labs, Inc. d/b/a Disc Makers et al.*, Case No. 6:11-cv-00234-LED-JDL;

- *Innovative Automation LLC v. Apple, Inc.*, Case No. 6:12-cv-00882-LED;
- *Innovative Automation, LLC v. Barnes & Noble, Inc. et al.*, Case No. 6:13-cv-00462-LED-JDL;
- *Innovative Automation LLC v. Rhapsody International Inc.*, Case No. 6:13-cv-00465-LED-JDL;
- *Innovative Automation LLC v. Digiboo LLC*, Case No. 6:13-cv-00460-LED-JDL; and
- *Innovative Automation LLC v. Spotify US Inc.*, Case No. 6:12-cv-00883-LED-JDL.

U.S. Patent No. 7,174,362 and/or U.S. Patent No. 7,174,362 C1 were asserted in each of these closed and/or dismissed cases.

This Notice confirms that the above-captioned cases filed by Innovative Automation are ready for the scheduling conference.

Dated: February 24, 2014						Respectfully submitted,


  /s/ Marie A. McCrary       /
Adam J. Gutride, Esq.
Seth A. Safier, Esq.
Todd Kennedy, Esq.
Anthony J. Patek, Esq.
Marie A. McCrary, Esq.
835 Douglass Street
San Francisco, California 94114
Telephone: (415) 789-6390
Facsimile: (415) 449-6469
adam@gutridesafier.com
seth@gutridesafier.com
todd@gutridesafier.com
anthony@gutridesafier.com
marie@gutridesafier.com

Charles Ainsworth
Parker Bunt & Ainsworth
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687
charley@pbatyler.com

Attorneys for Plaintiff Innovative Automation LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that, on **February 24, 2014,** the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

Dated: February 24, 2014       /s/ Marie A. McCrary
                               Gutride Safier LLP
                               835 Douglass Street
                               San Francisco, California 94114